UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ARCHIE & STACEY AUGUSTUS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 09-0293** |
| | * | |
| **STANDARD FIRE INSURANCE COMPANY;** | * | **SECTION "K"** |
| **ST. PAUL TRAVELERS INSURANCE;** | * | |
| **TRAVELERS HOME & MARINE INSURANCE;** | * | **MAGISTRATE (5)** |
| **TRAVELERS INDEMNITY COMPANY;** | * | |
| **TRAVELERS INSURANCE;** | * | |
| **TRAVELERS PROPERTY & CASUALTY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Archie and Stacey Augustus and defendant, The Standard Fire Insurance Company,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned lawsuit be and is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __12th__ day of __December__, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge